PHILLIP A. TALBERT
United States Attorney
MATHEW W. PILE, WSBA 32245
Associate General Counsel
Office of Program Litigation, Office 7
Social Security Administration
EDMUND DARCHER
Special Assistant United States Attorney
 Office of the General Counsel
 Social Security Administration
 6401 Security Blvd.
 Baltimore, MD 21235
 Fax: (206) 615-2531
 Email: edmund.darcher@ssa.gov
 Telephone: (206) 615-2662
Attorneys for Defendant

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# SACRAMENTO DIVISION

| | |
|---|---|
| TREMARIE SOTO COSTA,<br>  Plaintiff,<br>vs.<br>COMMISSIONER OF SOCIAL SECURITY,<br>  Defendant. | Case No.: 2:23-cv-02688-EFB<br><br>STIPULATION AND ORDER FOR AN EXTENSION OF TIME |

  Pending the Court's approval, IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the time for Defendant to respond to Plaintiff's Complaint be extended from February 20, 2024, up to and including March 21, 2024. This is the Defendant's first request for an extension. Defendant requests this extension because Defendant has been notified that a certified administrative transcript (CAR) is not yet available in this case. The agency component responsible for generating CARs is experiencing

transcription difficulties in this case.  Defendant therefore cannot respond to Plaintiff's Complaint.  Once the CAR arrives, Defendant will need to review it for defects before submitting it.  For these reasons, Defendant asks the Court to approve this unopposed motion and extend the deadline to file a response to Plaintiff's Complaint.  Plaintiff does not oppose Defendant's request for an extension of time.  The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

                                              Respectfully submitted,

Dated:  Feb. 9, 2024                   /s/  Betty Herrera*
                                        (*as authorized via e-mail on Feb. 9, 2024)
                                        BETTY HERRERA
                                        Attorney for Plaintiff

Dated: Feb. 9, 2024                    PHILLIP A. TALBERT
                                        United States Attorney
                                        MATHEW W. PILE
                                        Associate General Counsel
                                        Social Security Administration

                              By:     /s/  Edmund Darcher
                                        Edmund Darcher
                                        Special Assistant U.S. Attorney
                                        Attorneys for Defendant

## **ORDER**

    Pursuant to the parties' stipulation, IT IS SO ORDERED that Defendant shall have an extension, up to and including March 21, 2024 to respond to Plaintiff's Complaint.

Dated:  February 12, 2024

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE